IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00122-RM-KLM

JERALD A. BOVINO,

    Plaintiff,

v.

LEVENGER COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to File Amended Answer, Defenses, and Counterclaims** [#26] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  The Clerk of Court shall accept Defendant's Amended Answer, Defenses, and Counterclaims [#26-2] and associated exhibits [#26-3, #26-4, #26-5] for filing as of the date of this Minute Order.

    Dated:  May 2, 2014