IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00122-RM-KLM

JERALD A. BOVINO,

    Plaintiff,

v.

LEVENGER COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Amend Claim Construction Deadlines in Scheduling Order** [#44] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. The Scheduling Order is amended to extend the following deadlines:

- Deadline for the parties to exchange list of claim terms to be construed and proposed construction, specifically identifying up to fifteen (15) of the most critical terms to be construed:
  **November 6, 2014**

- Deadline for the parties to file Joint Disputed Claim Terms Chart:
  **November 13, 2014**

- Deadline for Defendant's opening brief regarding claim construction:
  **December 11, 2014**

- Deadline for Plaintiff's response brief regarding claim construction:
  **January 8, 2015**

- Deadline for Defendant's reply brief regarding claim construction:
  **January 29, 2015**

Dated:  October 29, 2014