**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 14–cv–00122–RM–KLM

JERALD A. BOVINO,

    Plaintiff/Counter-Defendant,

v.

LEVENGER COMPANY,

    Defendant/Counter-Plaintiff.

---

## ORDER

---

    This matter is before the Court on Defendant/Counter-Plaintiff Levenger Company's ("Levenger") status report (ECF No. 74) in response to the Court's prior order (ECF No. 69) dismissing Plaintiff/Counter-Defendant Jerald A. Bovino's ("Bovino") remaining claims in his Complaint (ECF No. 1). Based upon Levenger's representations in its status report, the Court:

    (1)    DISMISSES, without prejudice, Levenger's Counterclaims (ECF No. 33 at 10-11); and

    (2)    DIRECTS the Clerk of the Court to close the matter subject to the Court's prior granting to Levenger leave to file a motion for its costs and attorneys' fees.

    DATED this 16th day of July, 2015.    BY THE COURT:

    RAYMOND P. MOORE
    United States District Judge